JACK PLISSNER, Appellant, v. BLANCHE PLISSNER, Respondent.— In an action by a husband for separation, in which the wife counterclaimed for separation, plaintiff appeals from a judgment entered on the decision of an Official Referee, to whom the matter was referred to hear and determine, which judgment grants defendant a separation and awards her $70 a week for her support and maintenance. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID BECK, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD BECK, Appellant.— Defendants appeal from judgments of the County Court, Queens County, convicting each of them, respectively, of the crime of robbery in the second degree, upon pleas of guilty, and sentencing each to a term of imprisonment of not less than seven and one-half and not more than fifteen years, and from intermediate orders of said court. Judgments unanimously affirmed. No opinion. No separate appeal lies from intermediate orders, which have been reviewed on the appeal from the judgments of conviction. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ. [See 284 App. Div. 969.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE RITTERBUSCH, Appellant. In the Matter of SOPHIA HLUHAN, Respondent, against GEORGE RITTERBUSCH, Appellant.— Order of filiation and order of support, entered after trial in the Children's Court, Nassau County, unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ.